

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America,

    Plaintiff,

vs.

Six (6) Firearms and Various Ammunition,

    Defendant.

Civil No.

**1 - 0 5 - 1 1 0 3  - T A**

### ORDER

Pursuant to a complaint filed by the United States on *April 4* _____, 2005,

seeking the forfeiture of Six (6) Firearms and Various Ammunition, under the provision of 18

U.S.C.§ 924(d)(1), it is hereby ORDERED:

    1.    That the Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and

Explosives will seize the defendant property and hold said property subject to the further orders of

this Court;

    2.    That the Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and

Explosives will serve a copy of the complaint on all known claimants to the defendant property

including, without limitation, Roland W. Hayer and Kurt M. Hayer;

    3.    That the Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and

Explosives will advertise in the Daily News, Memphis, Tennessee, for a period of three consecutive

weeks, once per week. The advertisement will notice that the defendant property was seized by the

Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosives on October 20,

2004 in Jackson, Tennessee, from Roland W. Hayer and Kurt M. Hayer; that a Complaint for

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __4/20/05__ 

2

Forfeiture has been filed pursuant to 18 U.S.C. § 924(d)(1); and that any parties claiming any interest in the said property must file a claim within thirty (30) days of the notice and an answer to the complaint within twenty (20) days thereafter;

4.    The Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosives may use the attached legal notice in the advertisement.

ENTERED:   This _20th_ day of _April_ , 2005.


_____
UNITED STATES DISTRICT JUDGE


APPROVED:

TERRELL L. HARRIS
United States Attorney

By:   _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney
800 Federal Building
Memphis, Tennessee 38103
(#014277, Tennessee)
(901)544-4231

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America,

     Plaintiff,

vs.

Six (6) Firearms and Various Ammunition,

     Defendant.

Civil No.

1 - 05 - 1 1 0 3   - T An

## LEGAL NOTICE

Take notice that on October 20, 2004, the Department of the Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosives seized Six (6) Firearms and Various Ammunition from Roland W. Hayer and Kurt M. Hayer of Jackson, Tennessee.

On _____ 2005, the United States filed a complaint to forfeit said property under the provision of 18 U.S.C.§ 924(d)(1), the complaint being styled:

United States of America v. Six (6) Firearms and Various Ammunition,

No. _____.

Any party having any objection to said forfeiture or maintaining any claim to the said property must file a claim in the Office of the Clerk, United States District Court, 262 U.S. Courthouse, 111 S. Highland, Jackson, Tennessee 3830, with a copy thereof sent to Assistant United States Attorney Christopher E. Cotten, at 800 Federal Building, Memphis, Tennessee 38103 within thirty (30) days of the first publication of this notice and must file an answer to the complaint within twenty (20) days thereafter.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 1:05-CV-01103 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT